**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

INTERNATIONAL UNION, UAW, *et al.*

       Plaintiffs,                      CASE NOS. 05-74730, 06-10331

v.                                         PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

FORD MOTOR COMPANY,

       Defendant.
_____/

## ORDER GRANTING CLASS COUNSEL'S MOTION FOR ATTORNEY FEES AND EXPENSES

Have considered Class Counsel's March 23, 2006 Motion for Attorney Fees and Expenses, and notice of that motion having been direct through the Class Notice to the class members in a reasonable manner, the Court makes the following findings of fact and conclusions of law:[1]

1.     Class counsel are entitled to fees and nontaxable costs pursuant to ERISA.

2.     The hourly rates they seek are reasonable:

      i.     $390/hr. for William T. Payne and Stember Feinstein partners;
      ii.    $325/hr. for Stember Feinstein associates;
      iii.   $95wel/hr. for Stember Feinstein law clerks;
      iv.   $80/hr. for Stember Feinstein paralegals.[2]

---

[1] The findings of fact and conclusions of law are to be supplemented after counsel supplement their motion fourteen (14) days after judgment pursuant to Rule 54(d)(2).

[2] The Court notes that theses rates parallel the fees awarded by Judge Cleland in *UAW et. al v. General Motors*, Case No. 05-CV-73991-DT. (Fees Order, Docket No. 513, Jan. 31, 2006) (unpublished)

3. Given the size and complexity of the case, counsel's estimated award of approximately $422,175.00 (Docket No. 131, Pl.- Participant Mot. 16) in fees and $42,000.00 (*Id*.) in costs would be reasonable and proper.

4. Further proceedings concerning fees and costs maybe held after counsel supplement their motion fourteen (14) days after judgment.

**SO ORDERED**.

                                                s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: July 12, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 12, 2006.

                                                s/Denise Goodine
Case Manager