UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; and BOBBY HARDWICK, CARL MALFITANO, WALTER BERRY, RAYMOND J. MITCHELL, FAY BARKLEY, ARLEN BANKS, and YVONNE HICKS, on behalf of themselves and all other persons similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>**FORD MOTOR COMPANY,**<br><br>　　　　　　　　Defendant. | Case No: 05-74730<br><br>Hon. Paul D. Borman<br>Magistrate Virginia M. Morgan<br><br>**CLASS ACTION** |

**ORDER**

Having considered the Plaintiff Class Representatives' Supplemental Brief In Support Of their Motion For Attorneys' Fees And Expenses, it is hereby ordered that said motion is granted, that Class Counsel are awarded $368,829.00 as reasonable attorneys' fees through July 14, 2006, and are also awarded $32,421.15 in costs through July 14, 2006 (for a total of $401,250.15). This Court also retains jurisdiction over any additional fee petitions to be filed in connection with an appeal of the judgment or in otherwise obtaining or defending the judgment.

　　　　　　　　　　　　　　　　So Ordered,

　　　　　　　　　　　　　　　　s/Paul D. Borman
　　　　　　　　　　　　　　　　PAUL D. BORMAN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:  July 31, 2006

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 31, 2006.

                         s/Denise Goodine

                         Case Manager