# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; and BOBBY HARDWICK, CARL MALFITANO, WALTER BERRY, RAYMOND J. MITCHELL, FAY BARKLEY, ARLEN BANKS, and YVONNE HICKS, on behalf of themselves and all other persons similarly situated, | Case No: 05-74730<br><br>Hon. Paul D. Borman<br>Magistrate Virginia M. Morgan<br><br>**CLASS ACTION** |
| Plaintiffs, | |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

# ORDER

Having considered the Plaintiff Class Representatives' Supplemental Brief in Support of their Motion for Attorneys' Fees and Expenses,

Having considered Magistrate Judge Virginia Morgan's Report and Recommendation Granting Motion for Attorneys' Fees and Expenses (Docket #953), and

Having noted that there is no Objection to Magistrate Judge Virginia Morgan's Report and Recommendation (Docket #954)

It is hereby ORDERED

1.  Magistrate Judge Virginia Morgan's Report and Recommendation Granting Motion for Attorneys' Fees and Expenses is ADOPTED.

2. Class counsel are entitled to fees and nontaxable costs pursuant to ERISA for their work since July 31, 2006.

3. The hourly rates they seek are reasonable – $450/hr. for William T. Payne, John Stember and Edward J. Feinstein; $375/hr for Pamina Ewing and Stephen M. Pincus; $100/hr. for law clerks; and $90/hr. for paralegals.

4. Class Counsel are awarded $62,650.00 as reasonable attorneys' fees and are also awarded $1,075.60 in costs (for a total of $63,725.60).

5. This Court also retains jurisdiction over any additional fee petitions in otherwise obtaining or defending the judgment.

So Ordered,

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 27, 2007.

s/Denise Goodine
Case Manager