UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, ET AL.,

        Plaintiffs,        CASE NO. 05-CV-74730

-vs-        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

FORD MOTOR COMPANY,

        Defendant.
_____/

## ORDER STRIKING PARTIES' MOTION TO ESTABLISH A SCHEDULE FOR MOTION TO AMEND THE SETTLEMENT AGREEMENT AND FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)

Before the Court is the parties' Motion to Establish a Schedule for Motion to Amend the Settlement Agreement and for Relief from Judgment pursuant to Rule 60(b). In a hearing held on January 30, 2008, in the recently filed and related case of *International Union, et al. v. Ford Motor Co.*, No. 07-14845 (filed Nov. 9, 2007), the Court **DENIED** the current Motion.

The Court found that there was no basis for filing a Motion to establish a schedule for an anticipated but not yet filed Motion, on a case that was settled in 2006.

Therefore, the Court **DENIES** the parties' Motion to Establish a Schedule, and **STRIKES** the Motion. (Doc. No. 956).

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: February 1, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 1, 2008.

                                                s/Denise Goodine
                                                Case Manager